## ANDREW LESTER v. STATE OF FLORIDA

15 So. (2nd) 442                                      June Term, 1943
November 9, 1943                                           Division A

*Frank Redd,* for appellant.

*J. Tom Watson,* Attorney General, *John C. Wynn,* Assistant Attorney General, and *Bourke Floyd,* Special Assistant Attorney General, for appellee.

TERRELL, J.:

Appellant was convicted of murder in the second degree. On appeal, he contends that the judgment should be reversed because he acted in self defense and that the evidence does not support his conviction.

We have examined the record and find ample support for the judgment. It is affirmed on authority of Williams v. State, 148 Fla. 87, 3 So. (2nd) 721.

Affirmed.

BUFORD, C. J., CHAPMAN AND ADAMS, JJ., concur.